Steven Wayne GOODMAN, Plaintiff—Appellant,

v.

Vernon SMITH, Doctor; Lonnie Saunders; Rob Byrd; Deborah Swisher; Steve Hollar, Assistant Warden of Programs at ACC; Pamela A. Sar-

---

\* Cheru does not challenge the denial of his

gent, Assistant Attorney General for the Commonwealth; Captain Massey, ACC; Lieutenant Dawson, ACC; Lieutenant Boyer, ACC; Mr. Davenport, Counselor at ACC; Mr. Peters, Inmate Hearing Officer of ACC; Phyllis Bird, Director of the ACC Law Library, Defendants—Appellees,

and

Rob Marsh; John Doe, I; John Doe, II; Jane Doe; University of Virginia Medical Center, Defendants.

No. 04–6820.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 10, 2005.

Decided Jan. 26, 2005.

Steven Wayne Goodman, Appellant pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Steven Wayne Goodman appeals the district court's order granting summary judgment to defendants and denying Goodman's Fed.R.Civ.P. 56(f) motion for a

---

application for withholding from removal.

discovery continuance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Goodman v. Smith,* No. CA–00–986–7 (W.D.Va. filed Mar. 26, 2004 & entered Mar. 29, 2004). We grant Goodman's motion to exceed the page limitation and deny his motions to remand, for consolidation, and for an informal briefing schedule. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*